IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ABBASID, INC.,

Plaintiff,

vs. CIVIL NO. 07-1006 WJ/LFG

THE TRAVELERS INDEMNITY COMPANY,

Defendant.

**ORDER DENYING MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER is before the Court on an Unopposed Motion to Withdraw as Counsel [Doc. 44]. Even though the motion is unopposed, the Court is compelled to deny the motion.

Allowing counsel to withdraw would result in Plaintiff Abbasid, Inc. being unrepresented in this proceeding. That is not permissible. Even if Abbasid, Inc. is a wholly owned corporation, it is a separate legal entity from its shareholders, and, under the law, and must appear through counsel. D.N.M.LR-Civ. 83.7. A corporation simply cannot appear as a *pro se* litigant.

Moreover, moving counsel did not comply with the requirements of D.N.M.LR-Civ. 83.8(c). Accordingly, White, Koch, Kelly & McCarthy, P.A.'s motion is denied.

The Court will allow the withdrawal of counsel upon another attorney entering his or her appearance on behalf of Abbasid, Inc. Until such time, however, White, Koch, Kelly & McCarthy remains as counsel in this case.

As second option would be for Abbasid, Inc. to dismiss its lawsuit without prejudice. When and if it is able to secure the services of replacement counsel, and assuming time remains within the applicable statute of limitations, it may re-file a new claim.

In the interim, however, the Motion to Withdraw as Counsel is DENIED.

Lorenzo F. Garcia
Chief United States Magistrate Judge