IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ABBASID, INC.,

        Plaintiff,

 vs.                                                                            No. CIV 07-1006 WJ/LFG

THE TRAVELERS INDEMNITY
COMPANY,

        Defendant.

## ORDER GRANTING UNOPPOSED AMENDED MOTION TO WITHDRAW AS COUNSEL

THIS MATTER comes before the Court on the Unopposed Amended Motion to Withdraw [Doc. 52], filed by Cuddy & McCarthy, LLP (Aaron J. Wolf).

The motion being unopposed, counsel having shown good cause therefor, and attorney Michael J. Cadigan of the Cadigan Law Firm, P.C. having entered an appearance on behalf of Plaintiff Abbasid, Inc., the Court finds that all requirements of D.N.M.LR-Civ. 83.8 have been satisified.

IT IS THEREFORE ORDERED that the Amended Motion to Withdraw [Doc. 52] is granted. Cuddy & McCarthy, LLP (Aaron J. Wolf) is hereby withdrawn as counsel of record for Plaintiff.

                                                                             */s/ Lorenzo F. Garcia*
                                                                             Lorenzo F. Garcia
                                                                             Chief United States Magistrate Judge